**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
**In the Matter of**
**ARBITRATION OF DISPUTES,**

    **-between-**

**LAUNDRY, DRY CLEANING WORKERS AND**
**ALLIED INDUSTRIES HEALTH FUND, UNITE**
**HERE! and LAUNDRY, DRY CLEANING**
**WORKERS AND ALLIED INDUSTRIES**
**RETIREMENT FUND, UNITE HERE!,**

              **Petitioners,**

    **-and-**

**STAINLESS PARTNERS, INC. D/B/A WORLD**
**CLEANERS,**

              **Respondent.**
-----------------------------------------------------------------X

**07 CV 3203 (NG) (RER)**

**ORDER**

**GERSHON, United States District Judge:**

        Plaintiff's motion for default judgment in the above referenced case is granted. The arbitration award of Phillip Ross, dated June 29, 2007, is hereby confirmed in all respects. It is ordered that petitioners have judgment against respondent on the award in the principal amount of $21,370.56 together with interest in the amount of $1,196.51, and costs in the amount of $350.00, for a total judgment of $22,917.07. The Clerk of Court shall enter judgment accordingly.

                             **SO ORDERED.**

                          _____**/s**_____
                          **NINA GERSHON**
                          **United States District Judge**

Dated: January 8, 2008
       Brooklyn, New York